IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY SCOTT DENNY, <br> # 290082, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| | ) | CASE NO. 3:15-CV-038-WKW |
| v. | ) | [WO] |
| | ) | |
| PHYLLIS BILLUPS, *et al.*, | ) <br> ) | |
| Respondents. | ) | |

## ORDER

On March 23, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

DONE this 14th day of April, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE